OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

PRESORTED
FIRST CLASS

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 OCT 29 2015

10/28/2015
PETERS, MICHAEL G.   Tr. Ct. No. 14-08207-CR 12-08-09259    WR-83,660-01
This is to advise that the Court has denied without written order the motion for leave
to file the original application for writ of habeas corpus.

Abel Acosta, Clerk

**RETURN TO SENDER**
( ) CELL & PIN # REQUIRED
(✓) NO LONGER AT THIS ADD
( ) UNAUTHORIZED MATERIAL
( ) NO GREETING CARD

MICHAEL GEOFFREY PETERS
MONTGOMERY COUNTY JAIL
CRIMINAL JUSTICE DR.
CONROE, TX 77301

U TF

N3B 77301